# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| BERTHA RAMIREZ § | |
| § | |
| v.  § | CIVIL ACTION NO. 5:17CV179- RWS-CMC |
| § | |
| COMMISSIONER § | |
| OF SOCIAL SECURITY § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.

In her Report, the Magistrate Judge recommends that this case be reversed and remanded at least because Plaintiff has established that she was prejudiced by the ALJ's failure to fully develop the record with evidence necessary to resolve conflicts regarding the severity of Plaintiff's complaints and chronic pain. *See* Docket No. 13 at 29–30. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 4th day of December, 2018.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE